## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 23-8024-TJJ |
| | AUSA: Michelle McFarlane |
| Plaintiff, | Defendant: Tim Burdick, AFPD |
| v. | |
| BRAIDEN WILLIAMS, | |
| Defendant. | |

| JUDGE: | Judge Angel D. Mitchell | DATE: | February 3, 2023 |
|---|---|---|---|
| DEPUTY CLERK: | Heather Tildes | TAPE/REPORTER: | FTR Network @ 1:52 pm |
| INTERPRETER: | | PROBATION: | Abby Maracic |

## PROCEEDINGS

☐ Initial Appearance    ☐ Initial Revocation Hearing    ☐ Bond Hearing
☐ Detention Hearing    ☒ Initial Rule 5(c)(3) Out – 7 MIN.    ☐ Bond Revocation Hearing
☐ Arraignment    ☐ Preliminary Hearing    ☐ Status Conference
☐ Discovery Conference    ☐ Pretrial Conference    ☐ In-Court Hearing

☐ Defendant sworn    ☒ Examined re: financial status    ☒ Counsel appointed

☒ Charges and penalties explained to defendant    ☐ Advised of Due Process Protections Act
☐ Constitutional Rights Explained    ☐ Felony    ☐ Misdemeanor
☐ Declines to Waive Indictment    ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment    ☐ Information filed
☐ Advised of Rights Under Rule _____    ☐ Signed Consent to Transfer _____

☐ Bond Revoked    ☐ Continued on present conditions    ☐ Release Order executed    ☒ Remanded to Custody

☒ Oral motion by Defendant to continue Identity Hearing. Oral motion GRANTED

☒ Defendant's next appearance:   Identity Hearing on February 10, 2023 at 1:30 PM before Judge James in Courtroom 236.

OTHER:  Defendant appears in person and the court appoints Tim Burdick to represent the defendant. Defendant requests a continuance of the identity hearing. Oral motion for continuance of the hearing is granted. Defendant is remanded to the custody of the U.S. Marshal Service.